Opinion issued July 14, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00370-CV

———————————

In re panhandle eastern pipe line company, LP, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

          Relator,
Panhandle Eastern Pipe Line Company, LP, filed a petition for writ of mandamus seeking
relief from the trial court’s May 4, 2011 order denying its motion to
disqualify opposing counsel in the underlying case.[1]  On May 16, 2011, relator moved to dismiss its
petition for writ of mandamus as moot.

          We dismiss
the petition for writ of mandamus as moot, and we lift the temporary stay
issued May 11, 2011.  All pending motions
are overruled as moot.

PER CURIAM

 

Panel
consists of Justices Jennings, Keyes, and Higley.

 











[1]           The underlying case is Panhandle Eastern Pipeline Co., L.P. v.
Acuren Inspection, Inc., et al., No. 2008-20483 in the 269th Judicial
District Court of Harris County, Texas, the Hon. Dan Hinde, presiding.